(Rev. 5/1/13)

**RECEIVED**
JUL 27 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

DANIEL LAVERGNE ALT _____     Civil Action No. _____     SEC. P
Plaintiff

Prisoner # 107218 _____

VS.                                              Judge _____

LASALLE / MADISON PARISH CORRECTIONS     Magistrate Judge _____
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ☐   No ☒

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   _____

   _____

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: _____

   Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

Page 1 of 4

(Rev. 5/1/13)

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes ☐   No ☒

        If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

        N/A

II.    a.    Name of institution and address of current place of confinement:

        MADISON CORRECTIONS 158 TREATMENT PLANT RD, TALLULAH, LOUISIANA, 71282

    b.    Is there a prison grievance procedure in this institution?

        Yes ☒   No ☐

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes ☒   No ☐

        2.    If you did not file an administrative grievance, explain why you have not done so.

            I WAS TOLD THAT IT WOULDN'T GET FILE.

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

            I RECEIVED NO RESPONSE. THATS WHY IM FILING NOW.

        Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    Parties to Current Lawsuit:

    a.    Plaintiff, I CAN'T PRODUCE THE INDIVIDUALS DUE TO NO IDENTIFICATION

        Address BEING WORN AT THIS FACILITY (SAME AS ABOVE)

(Rev. 5/1/13)

b.  Defendant, __LASALLE/MADISON PARISH CORRECTIONS__, is employed as __158 TREATMENT PLANT RD__ at __TALLULAH, LOUISIANA 71282__.

Defendant, _____, is employed as _____ at _____.

Defendant, _____, is employed as _____ at _____.

Additional defendants, __NO I.D.'s ARE WORN AT THIS FACILITY (SEE A. ABOVE) [ATTACHMENT TO SUPPORT]__

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON APRIL 17TH 2020 I WAS HAND PICK TO BE MOVED TO ANOTHER DORM. I INFORMED THE INDIVIDUALS. THE MOVE THEY WERE TRYING TO FORCE ME TO MAKE. I COULDN'T MAKE. DUE TO NOT KNOWING. THE ENEMIES I POSSIBLY HAD ELSEWHERE. THEY BY FORCE TOOK ME OFF. BEAT ME OFF CAMERA. PLACE ME IN A DRY CELL. THIS CELL HAD NO CAMERAS, NO SPEAKERS, NO FORM OF COMMUNICATION. NOR, A PLACE TO REST OR WATER. FOUR, OTHER INMATES NAMES I CAN'T GIVE. WERE BUNCHED INSIDE WITH THE LIGHTS OFF. BLOOD STILL ON THE WALLS. TO COVER IT UP THEY MOVED ME TO THREE DIFFERENT CELLS. THEY ALSO USED TO MISLEAD OTHER STAFF. THAT I WAS IN ON A WRITE UP. I WAS TOLD I COULDN'T COME OUT UNTIL I DIED. OR WAS WHITE. I WAS SCARED FOR MY LIFE DO TO THE VIRUS, AS WELL AS, THE NOT BEING ABLE TO COMMUNICATE WITH OUTSIDE PEOPLE. (BACKGROUND) I STAYED IN THE ADMIN. SEG. FOR SIXTY-TWO (62) DAYS. THE LIGHTS ON 24 HOURS. THAT IS STILL CAUSING EFFECTS. THAT I HAVEN'T BEEN ABLE TO AID.

(Rev. 5/1/13)

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

TO MEET MY MEDICAL NEEDS. FOR ME TO BE TRANSFERRED TO D.O.C. (HARD SPHIFT). TO COVER ANY AND ALL COST. AT THE FACILITY'S EXPENSE/COST. AWARD MY LIVING SOUL "1.1 MILLION. TO COVER AMENDS. TO PLACE ME SOME WHAT BACK TO WHERE I WAS BEFORE DAMAGES. ALSO FEAR OF MY LIFE.

VI. **Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 24TH day of July, 2020

#707318 / I.D.# 24404

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

©DANIEL LAVERNE ALI /AGENT/GRANTOR/ POWER OF ATTORNEY WITH THE AUTOGRAPH
DANIEL LAVERNE ALI™ DCC 1-208/9/03
SECURED PRIVATE PARTY /17 USCA 101-1339
**Signature of Plaintiff**
"WITHOUT PREJUDICE" IN FACT
NON-DOMESTIC

| BOOK NO: MCC2019020046 | CELL: 4.LD01.0 | NAME: LAVERGNE, DANIEL | | | | | |
|---|---|---|---|---|---|---|---|
| | | QUANTITY | | | | | |
| ITEM | DESCRIPTION | ORDER | STOCK | ACTUAL | PRICE | TAX % | EXTENDED |
| 22604 | SHOWER SHOES 11 - 2X | 1.00 | 1.00 | | $(5.50) | | $(5.50) |
| 61025 | TOOTHBRUSH - COLGATE | 1.00 | 1.00 | | $(2.50) | | $(2.50) |
| 61403 | PRO SOFT TOOTH BRUSH | 1.00 | 1.00 | | $(1.40) | | $(1.40) |
| | TOTALS: | 3.00 | 3.00 | | | | $(9.40) |

_____          RR _____
DATE (RECEIVED)                              OFFICER (PULLED)

_____            _____
INMATE (RECEIVED)                            OFFICER (DELIVERED)



Lock Down