**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**DANIEL LAVERGNE ALI #707218**          **CASE NO.  3:20-CV-00951 SEC P**

**VERSUS**                                                         **JUDGE DOUGHTY**

**LASALLE CORRECTIONAL CENTER ET AL   MAG. JUDGE KAREN L. HAYES**

**MEMORANDUM ORDER**

   Before the court is a complaint filed on July 27, 2020.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $400.00 to file a complaint or a completed
> application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a
> completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

   In accordance with the above,

   **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this

order, amend the pleadings by submitting the information indicated above to the following

address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

   **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL
RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN
FROM THE RECORD.**

   THUS DONE in Chambers on this ___4th___ day of ___August___, 2020.


            _____
              KAREN L. HAYES
           United States Magistrate Judge


w/Enclosures to plaintiff: IFP application