**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DANIEL LAVERGNE ALI**                          **CIVIL ACTION NO. 20-0951**

                                                 **SECTION P**

**VS.**

                                                 **JUDGE TERRY A. DOUGHTY**

**LASALLE CORRECTIONAL CENTER, ET AL.**   **MAG. JUDGE KAREN L. HAYES**

**ORDER**

Plaintiff Daniel Lavergne Ali, a prisoner at Madison Parish Correctional Center proceeding pro se, filed this proceeding on July 27, 2020, under 42 U.S.C. § 1983.  On August 4, 2020, the Court ordered Plaintiff to, within thirty days, either pay the $400.00 filing fee or file a completed in forma pauperis application on an approved form.  [doc. # 3].  On September 14, 2020, Plaintiff filed an application to proceed in forma pauperis, but it lacked signatures, dates, and a completed financial certificate.  The deadline to file a completed application has passed, and Plaintiff has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Plaintiff's Complaint, [doc. # 1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 5th day of October, 2020.

_____
Karen L. Hayes
United States Magistrate Judge